**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern** District of **New York**

Case number *(If known)*: _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  Northeast Insurance Company Limited

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

☒ Other  **4282**  . Describe identifier  **Registration number** .

For individual debtors:

☐ Social Security number: xxx – xx – __ __ __ __

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Michael Morrison and Mark Allitt of Teneo (Bermuda) Ltd.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Supreme Court of Bermuda Companies (Winding Up) Commercial Court 2025: No. 252

**5. Nature of the foreign proceeding**

*Check one:*

☒ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☒ Yes

| | | |
|---|---|---|
| Debtor | **Northeast Insurance Company Limited** | Case number (*if known*) _____ |
| | Name | |

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   **Bermuda**

   **Debtor's registered office:**

   **Clarendon House**
   Number        Street

   **2 Church Street**
   P.O. Box

   **Hamilton**        **HM 11**
   City    State/Province/Region    ZIP/Postal Code

   **Bermuda**
   Country

   **Individual debtor's habitual residence:**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   **19 Par-la-ville Road, 3rd Floor**
   Number        Street

   _____
   P.O. Box

   **Hamilton  HM  11**
   City    State/Province/Region    ZIP/Postal Code

   **Bermuda**
   Country

10. **Debtor's website** (URL) _____

11. **Type of debtor**

    *Check one:*

    ☒ Non-individual (*check one*):

    ☒ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other.  Specify: _____

    ☐ Individual

Debtor **Northeast Insurance Company Limited**
Name

Case number (if known) _____

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
**Insureds and tort plaintiffs located in New York**.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____  **Michael Morrison**
Signature of foreign representative    Printed name

Executed on   **13-Oct-2025 | 11:50:47 AM PDT**
MM / DD / YYYY

✗ _____  **Mark Allitt**
Signature of foreign representative    Printed name

Executed on   **13-Oct-2025 | 11:34:38 AM PDT**
MM / DD / YYYY

**14. Signature of attorney**

✗ **/s/Glenn S. Walter**         Date   **10/15/2025**
Signature of Attorney for foreign representative         MM / DD / YYYY

**Glenn S. Walter**
Printed name

**Honigman LLP**
Firm name

**2290 First National Bldg., 660 Woodward Avenue**
Number    Street

**Detroit**                            **MI**    **48226-3506**
City                                   State    ZIP Code

**(313) 465-7712**                     **gwalter@honigman.com**
Contact phone                          Email address

**2731123**                            **New York**
Bar number                             State

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 3