**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| **NORTHEAST INSURANCE** | ) | |
| **COMPANY LIMITED,**[1] | ) | Case No. 25-12275-mew |
| | ) | |
| Debtor in Foreign Proceeding. | ) | |
| | ) | |
| | ) | |

**ORDER (I) SCHEDULING HEARING ON VERIFIED PETITION OF NORTHEAST INSURANCE COMPANY LIMITED (IN PROVISIONAL LIQUIDATION) AND (II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon consideration of the application (the "**Application**"), by Michael Morrison and Mark Allitt as the joint provisional liquidators and as the authorized foreign representatives (the "**Petitioners**") in the provisional liquidation of the Debtor pending before the Bermuda Court[2] for an *Order (I) Scheduling Hearing On Verified Petition of Northeast Insurance Company Limited (in Provisional Liquidation) and Motion for Recognition and Related Relief and (II) Specifying Form And Manner of Service of Notice*:

IT IS HEREBY ORDERED:

1. The Application is granted to the extent provided herein.

2. The form of Notice attached to the Application as <u>Exhibit B</u> is hereby approved, subject to such changes as are needed to reflect the objection deadline and hearing date set forth in this Order.

3. A copy of the Notice and the Chapter 15 Pleadings shall be served on each of the Notice Parties (which shall include all parties designated in section 2002(q)(1) of the Bankruptcy

---

[1] The Debtor is a limited liability company incorporated under Bermuda law. The Debtor's registered address is Clarendon House, 2 Church Street, Hamilton HM 11, Bermuda.

[2] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Application.

Code) on or before October 17, 2025 by United States mail, first class postage prepaid or, if necessary or expeditious, its foreign equivalent at the addresses set forth on Exhibit C to the Application.

4. The Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **November 13, 2025 at 11:00 a.m**. (Eastern).

5. Responses or objections, if any, to the Verified Petition shall be made in writing and shall set forth the basis thereof, and such responses or objections must be: (i) filed with this Court on or before November 7, 2025 at 5:00 p.m. (Eastern) (the "**Objection Deadline**"), which is at least seven days before the Recognition Hearing; and (ii) served upon the Petitioners' counsel at Honigman LLP, 2290 First National Building, 660 Woodward Ave., Detroit, Michigan 48226 (Attention: Glenn S. Walter and Scott B. Kitei), attorneys for the Petitioners, and each of the Notice Parties at the addresses set forth on Exhibit C so as to be received on or before the Objection Deadline.

6. The Petitioners may file a reply in support of the Verified Petition by 4:00 p.m. on the day prior to the Recognition Hearing.

7. The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in this Chapter 15 Case.

8. The filing requirements set forth in Rule 1007(b) of the Bankruptcy Code are inapplicable in this Chapter 15 Case.

9. Notice in accordance with this Order shall constitute sufficient notice of the Verified Petition and the Recognition Hearing in compliance with the Bankruptcy Rules and the Local Rules.

Dated: New York, New York
October 16, 2025

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE